IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) | |
| Plaintiffs, ) ) | No. CR-04-5030-AWI |
| vs. ) ) | ORDER OF RELEASE |
| GERARDO DIAZ GARCIA, ) ) | |
| Defendant. ) | |

The above named defendant having been sentenced on January 16, 2007 to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

**Dated:   January 16, 2007**           /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE

9/26/96 exonbnd.frm

1